UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

JEFF TALANO

VERSUS

LOUISIANA STATE UNIVERSITY
HOSPITAL, ET AL.

CIVIL ACTION NO. 12-0299

JUDGE S. MAURICE HICKS, JR.

MAGISTRATE JUDGE HORNSBY

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that this civil action is **DISMISSED WITHOUT PREJUDICE** based on the Eleventh Amendment immunity of the defendants.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 25th day of September, 2013.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE